Henry R. Cassel and another, *Respondents, v.* Daniel C. Fisk and others, *Appellants.* — Order of Special Term reversed, with costs, and injunction vacated. Opinion by Ingalls, J.

In the Matter of the Application of the Executors, etc., of Thomas T. Ferris. — Order modified as directed in opinion. Opinion by Brady, J.

Emil Callman, *Appellant, v.* The Exchange Fire Insurance Company, *Respondent.*

Same *v.* The Emporium Fire Insurance Company, *Respondent.* — Judgment affirmed, with costs. Opinion by Ingalls, J.

The Union Trust Company of New York, *Appellant, v.* Augustus F. Whiton, *Respondent.* — Judgment affirmed. Opinion by Brady, J.

The People of the State of New York, *Respondent, v.* John P. Tweed, *Appellant.* — Judgment affirmed. Opinion by Daniels, J.

Francis Smith, *Plaintiff, v.* The Mayor, etc., of the City of New York, *Defendant.* — Application for new trial denied. Opinion by Daniels, J., and by Brady, J., dissenting.

Emil Fleis, *Respondent, v.* Sarah L. Endicott, *Appellant.* — Judgment and orders affirmed. Opinion by Daniels, J.

Clothilde Fleis, *Respondent, v.* Sarah L. Endicott, *Appellant.* — Judgment and order affirmed. Opinion by Daniels, J.

William H. Waring, *Respondent, v.* Moses Chamberlain, *Appellant.* — Order reversed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The People of the State of New York *ex rel.* James Mulvey, *Appellant, v.* The Board of Police Commissioners of the City of New York, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Abel Horton, *Respondent, v.* Jacob R. Shipherd, *Appellant.* — Judgment reversed and new trial ordered, with costs to abide the event. Opinion *Per Curiam.*

In the Matter of the Estate of Charity Woodhouse, *Deceased.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Rensselaer B. Winchell, *Respondent, v.* George W. Martin, *Appellant.* — Order reversed, without costs. Opinion *Per Curiam.*

The Edson Recording Company, *Respondent, v.* T. P. Sherman, *Appellant.* — Judgment affirmed, with costs. Opinion by Daniels, J.

Thomas S. Henry, *as Receiver, etc., Respondent, v.* Samuel H. Randall and another, *Appellants.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.